The application is denied without prejudice for failure to comply with E.D. Tenn. LBR 5005-4(i)(2) because the notary did not sign the affidavit and the affidavit does not otherwise qualify as a declaration authorized by 28 U.S.C. § 1746.

**THE RELIEF SOUGHT IN THIS ORDER IS DENIED.**
**SIGNED this 24th day of January, 2018**

_____
Suzanne H. Bauknight
**UNITED STATES BANKRUPTCY JUDGE**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

---

*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE EASTERN DISTRICT OF TENNESSEE*
*NORTHERN DIVISION AT KNOXVILLE*

IN RE:

**SHARON DENISE BOONE**          Case No. **3:18-bk-30150-SHB**
                                         Chapter 7

Debtor.

**ORDER**

Upon the ex parte application of Michael H. Fitzpatrick, Trustee, seeking authority to employ Ryan E. Jarrard and Quist, Fitzpatrick & Jarrard, PLLC *nunc pro tunc* as permitted by E.D. Tenn. LBR 2014-1 as his attorneys to represent the estate with respect to recovering estate assets, and to assist with all other needs of the estate, and it appearing to the Court that said Ryan E. Jarrard and Quist, Fitzpatrick & Jarrard, PLLC are attorneys duly authorized to practice before this Court and that the Court is satisfied that said attorneys do not hold or represent any interest adverse to the estate, and are disinterested persons within the meaning of 11 U.S.C. §101(14), and that the provisions of Fed. R. Bankr. P. 2014(a) have been satisfied, the application is **GRANTED.**

Michael H. Fitzpatrick, Trustee, shall be and he hereby is, authorized to employ Ryan E. Jarrard and Quist, Fitzpatrick & Jarrard, PLLC, attorneys, under the terms and conditions set forth in his application. The total compensation to be paid to said attorneys shall be determined by the Court upon proper interim applications or final application at the conclusion of the attorneys' services.

This order is entered *nunc pro tunc* pursuant to E.D. Tenn. LBR 2014-1 to the date the application was filed.

###

**APPROVED FOR ENTRY:**

*/s/ Ryan E. Jarrard*
Ryan E. Jarrard, Esq.
BPR No. 024525
Attorney for Michael H. Fitzpatrick, Trustee
**Quist, Fitzpatrick & Jarrard, PLLC**
2121 First Tennessee Plaza
800 South Gay Street
Knoxville, TN 37929-9711
(865) 524-1873 ext. 232
REJ@qcflaw.com

DENIED