**SO ORDERED.**
**SIGNED this 6th day of November, 2018**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF TENNESSEE

In re

SHARON DENISE BOONE

Case No. 3:18-bk-30150-SHB
Chapter 7

Debtor

## O R D E R

For the reasons stated in the Court's Memorandum on Motion to Compromise Dispute filed this date, containing findings of fact and conclusions of law as required by Rule 52 of the Federal Rules of Civil Procedure, applicable to this contested matter through Rule 9014(c) of the Federal Rules of Bankruptcy Procedure, the Court directs that the Motion to Compromise Dispute filed by Michael H. Fitzpatrick, Chapter 7 Trustee, on May 18, 2018 [Doc. 58], is GRANTED.

###