**SO ORDERED.**
**SIGNED this 23rd day of May, 2019**

/s/ Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

*IN THE UNITED STATES BANKRUPTCY COURT FOR THE*
*EASTERN DISTRICT OF TENNESSEE*
*NORTHERN DIVISION AT KNOXVILLE*

IN RE:

    **SHARON DENISE BOONE,**    Case No. 3:18-BK-30150-SHB
                                                                                   Chapter 7

    Debtor.

**ORDER AUTHORIZING MICHAEL H. FITZPATRICK, TRUSTEE,**
**TO SELL REAL PROPERTY OF THE ESTATE FREE AND CLEAR**
**OF LIENS WITH LIENS ATTACHING TO PROCEEDS**

This case came before the Court for hearing May 23, 2019, upon the Trustee's Motion to Sell Real Property of the Estate free and clear of any and all lien rights of creditors with any lien rights attaching to the proceeds of the sale concerning the real generally known as 827/866 Old Englewood Rd. Madisonville, Monroe County, TN, after service of a copy of the Motion to Sell, and this proposed Order together with a notice for hearing pursuant to 11 U.S.C. § 363 and the applicable bankruptcy rules upon all required parties. Notice was given to the mortgage lien holder via certified U.S. Mail. No objections were filed. However, the trustee did inform the

court that a new buyer had offered on the property, and bidding was not complete. The Court is therefore of the opinion that the relief should be granted as requested.

1. That the Trustee is authorized to sell the real property of the debtor generally known as 827/866 Old Englewood Rd., Madisonville, Monroe County, TN, for the best offer received in the trustee's judgment, so long as the purchase price exceeds $110,000.00.

2. There is NO Realtor's commission.

3. That the sale shall be free and clear of all liens of record. All such liens shall attach to the proceeds of sale in the order and priority that existed on the day the bankruptcy case was filed. The lien claim of BB&T Bank shall be paid in full at closing if BB&T proves the amount of its debt to the satisfaction of the trustee not less than 24 hours prior to closing. If BB&T fails to do so, its lien shall be released as a lien on the real property and such lien shall transfer to the proceeds of sale. The trustee shall thereafter pay the lien claim of BB&T once it in fact proves the amount of its claim.

4. The buyer shall be responsible for real estate taxes for all years prior to 2019. The parties will pro rate 2019 real property taxes.

5. The Trustee shall file a report of sale within 10 days following sale.

6. The 14-day stay that would otherwise be applicable under Fed. R. Bankr. P. 6004(h) shall not apply and this Order shall be immediately effective as of the date of its entry.

7. The trustee shall hold the net proceeds from the sale subject to the further orders of this court.

###

APPROVED:

MICHAEL H. FITZPATRICK, TRUSTEE

*/s/ Ryan E. Jarrard*
RYAN E. JARRARD
Tennessee Bar No. 024525
QUIST, FITZPATRICK & JARRARD, PLLC

2121 First Tennessee Plaza
800 South Gay Street
Knoxville, TN 37929-9711
(865) 524-1873 ext. 222
(865) 525-2440 Facsimile
rej@qcflaw.com