**The application is granted; however, the request for nunc pro tunc entry to the date the application was filed is denied for failure to comply with E.D. Tenn. LBR 2014-1.**



**SO ORDERED.**
**SIGNED this 11th day of October, 2019**

/s/ Suzanne H. Bauknight
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

---

*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE EASTERN DISTRICT OF TENNESSEE*
*NORTHERN DIVISION AT KNOXVILLE*

IN RE:

    **SHARON DENISE BOONE**　　　　　　Case No. **3:18-bk-30150-SHB**
                                                                                 Chapter 7

            Debtor.

### ORDER AUTHORIZING TRUSTEE TO EMPLOY REALTOR

Upon the application of Michael H. Fitzpatrick, Trustee, seeking authority to employ William E. Howe, III and Howe Realty & Auction to sell real property located in Monroe County, Tennessee, and it appearing that William E. Howe, III and Howe Realty & Auction are licensed realtors in the State of Tennessee who do not hold or represent any interest adverse to the estate, and are disinterested persons within the meaning of 11 U.S.C. §101(14) and it appearing that said application is proper pursuant to the provision of 11 U.S.C. § 327(a) and Fed. R. Bankr. 2014, and that the provisions of Fed. R. Bankr. 2014(a) have been satisfied, the application is approved, and Michael H. Fitzpatrick, Trustee, shall be and he hereby is, authorized to employ William E. Howe, III and Howe Realty & Auction, under the terms and conditions set forth in his application. The

total compensation to be paid shall be determined by the Court upon proper interim applications or final application at the conclusion of the realtors' services.

###

**APPROVED FOR ENTRY:**

*/S/ Ryan E. Jarrard*
Ryan E. Jarrard, BPR No. 024525
Attorney for Michael H. Fitzpatrick, Trustee
**QUIST, FITZPATRICK & JARRARD, PLLC**
2121 First Tennessee Plaza
Knoxville, TN 37929-9711
Phone: 865-524-1873 ext. 222
rej@qcflaw.com